**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<table>
<tr><td>

CORE DISTRIBUTION, INC. and
MITCHELL KIEFFER,

               Plaintiffs,

    v.

THE WORLD TRADE CORPORATION, et
al.,

               Defendants.

</td><td>

Case No. 1:24-cv-24110-RKA

Hon. Roy K. Altman
Hon. Mag. Enjolique A. Lett

</td></tr>
</table>

**UNOPPOSED MOTIONS FOR LEAVE TO EXCEED THE**
**PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**

Pursuant to S.D. Fla. L.R. 7.1(c), Plaintiffs Core Distribution, Inc. and Mitchell Kieffer (collectively, "Plaintiffs") and, in response, Defendants The World Trade Corporation, Austram LLC, Alexander Joch, Frederick Joch, and Francisco Cruz (collectively, "Defendants") (together, the "Parties"),  in the interest of judicial economy submit these combined motions for leave to exceed the page limits governing the briefing on Defendants' Motion to Dismiss [D.E. 104]. In support, the Parties respectfully state as follows:

1. On June 4, 2026, pursuant to the Court's Order [D.E. 93], Plaintiffs filed their Verified Amended Complaint against Defendants (the "Amended Complaint"). The Amended Complaint contains approximately twenty-nine (29) pages of factual allegations.

2. On July 2, 2026, Defendants filed their Motion to Dismiss the Amended Complaint (the "Motion to Dismiss") [D.E. 104].

3. Plaintiffs are preparing their Response in Opposition to the Motion to Dismiss, which is due on August 7, 2026. The Motion to Dismiss raises numerous legal arguments

challenging almost every claim asserted in the Amended Complaint. Plaintiffs believe that their response to those arguments requires a detailed discussion of both the applicable law and the factual allegations set forth in the Amended Complaint.

4.      Good cause exists to permit additional pages for the Motion to Dismiss briefing. Given the number of issues raised in the Motion to Dismiss, additional pages will allow the Parties to fully present their respective arguments and assist the Court in resolving the Motion on the merits.

5.      Accordingly, Plaintiffs request leave to file a Response in Opposition not to exceed twenty-five (25) pages, which is five (5) pages in excess of the twenty (20) page limit prescribed by Local Rule 7.1(c). In turn, if Plaintiffs are allowed the additional pages, Defendants request leave to file a Reply in Support of their Motion to Dismiss not to exceed twelve (12) pages, which is two (2) pages in excess of the ten (10) page limit prescribed by Local Rule 7.1(c).

6.      On July 29, 2026, counsel for the Parties conferred and agreed that Plaintiffs may file a Response in Opposition not to exceed twenty-five (25) pages and that Defendants may file a Reply in Support of their Motion to Dismiss not to exceed twelve (12) pages.

7.      The requested relief is sought in good faith and not for purposes of delay.

8.      The requested relief will not prejudice any party.

9.      Pursuant to Local Rule 7.1(a)(3), counsel for the Parties have conferred, agree to the requested relief, and jointly submit this Motion. A proposed order is attached as Exhibit A.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter the proposed Order permitting Plaintiffs to file a Response in Opposition not to exceed twenty-five (25) pages and Defendants to file a Reply in Support of their Motion to Dismiss not to

exceed twelve (12) pages, together with such other and further relief as the Court deems just and proper.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Cristina Valencia Sawyer*
Daniel C. Mazanec
Florida Bar No. 88737
Christina Mastrucci Lehn
Florida Bar No. 113013
Cristina Valencia Sawyer
Florida Bar No. 1025738
PAG.LAW, PLLC
1441 Brickell Avenue, Suite 1120
Miami, FL 33131
Tel.: (786) 292-1599
dan@pag.law
christina@pag.law
csawyer@pag.law

Jorge Espinosa
Florida Bar No. 779032
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Tel.: (305) 416-6880
jorge.espinosa@gray-robinson.com

Michael J. Colitz III
Florida Bar. No.: 164348
GrayRobinson, P.A.
401 East Jackson Street, Suite 2700
Tampa, Florida 33602
Tel.: (813) 273-5000
michael.colitz@gray-robinson.com

*Attorneys for Plaintiffs Core Distribution, Inc. and Mitchell Kieffer*

*/s/ Celine Crowson*
Mark R. Cheskin
Florida Bar No. 708402
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 459-6500
Mark.cheskin@hoganlovells.com

Celine J. Crowson (*Pro Hac Vice*)
Hogan Lovells US LLP
555 13th St. NW
Washington, D.C. 20004
Celine.crowson@hoganlovells.com

*Attorneys for Defendants The World Trade Corporation, et. al*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Cristina Valencia Sawyer*